IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM NATHANIEL
TAYLOR, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5379

Opinion filed September 4, 2014.

An appeal from the Circuit Court for Escambia County.
Ross Goodman, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee; and William Nathaniel Taylor, Jr., pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Angela R. Hensel, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Pursuant to our recent decision in Taylor v. State, 140 So. 3d 1149 (Fla. 1st DCA 2014), the conviction for which the appellant was sentenced to probation was reversed and the matter remanded for a new trial. Accordingly, the judgment and

sentence being appealed herein, which was imposed upon revocation of probation, is REVERSED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.